NOV 15 2019 PM12:38
FILED-USDC-CT-NEW HAVEN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE APPLICATION OF THE
UNITED STATES OF AMERICA FOR          MISC. NO. 3:17MJ1533(JGM)
AN ORDER PURSUANT TO
18 U.S.C. § 2703(d)

## MOTION TO UNSEAL

The Government moves the Court for an order to unseal this matter. In support, the Government states the following:

1. On September 28, 2017, the Court granted the Government's request for an Order pursuant to 18 U.S.C. § 2703(d) for the Facebook account of Stefan Alexandru Barabas, in an effort to locate Barabas, a fugitive in Case No. 3:12cr234(VLB). The Court ordered the documents related to the § 2703(d) Order sealed in order to avoid thwarting efforts to apprehend Barabas.

2. On February 21, 2018, the criminal case against Barabas was unsealed upon the Government's request, in an effort to employ publicity to locate Barabas. Nonetheless, the Government has not been able to locate Barabas.

3. While there remains some risk that publicizing the § 2703(d) order will interfere with efforts to apprehend Barabas, by (for example) dissuading him from using Facebook, at this point the risk must yield to the public's countervailing interests.

Therefore, the Government requests that the Court unseal this matter.

Respectfully submitted,
JOHN H. DURHAM
UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv02874
157 Church Street, 23rd Floor
New Haven, CT 06510
david.novick@usdoj.gov